Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−34261−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arthur W Wiest                                Carol A Wiest
   316 West Woodlawn Ave                         316 West Woodlawn Ave
   Maple Shade, NJ 08052                         Maple Shade, NJ 08052

Social Security No.:
   xxx−xx−2778                                   xxx−xx−8419

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 17, 2017.

On 02/02/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:              March 7, 2018
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 6, 2018
JAN: bed

                                                                Jeanne Naughton
                                                                Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 16-34261-JNP
Arthur W Wiest                                                     Chapter 13
Carol A Wiest
         Debtors                CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Feb 06, 2018
                               Form ID: 185                 Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db/jdb         +Arthur W Wiest,    Carol A Wiest,    316 West Woodlawn Ave,    Maple Shade, NJ 08052-2352
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516561916     #+Bank Of America,    Nc4-105-03-14,   Po Box 26012,    Greensboro, NC 27420-6012
516561917      +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
516561918      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
516561919      +Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516561920      +Citibank/Best Buy,    Citicorp/Centralized Bankruptcy,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516561921      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516561922      +Comenity Capital Bank/HSN,    Po Box 182125,    Columbus, OH 43218-2125
516561923      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516561924      +Experian,    PO Box 4500,   Allen, TX 75013-1311
516561925      +Financial Recoveries,    Po Box 1388,    Mount Laurel, NJ 08054-7388
516561927       John Deere,    6400 NW 86th Street,    P.O. Box 6600,    Johnston, IA 50131-6600
516601212      +John Deere Financial, f.s.b.,    John Deere Financial,    PO Box 6600,    Johnston, IA 50131-6600
516561928      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
516561933     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     Po Box 8026,    Cedar Rapids, IA 52408)
516561931      +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
516561932      +Township of Maple Shade,    Tax Collector’s Office,    200 Stiles Avenue,
                 Maple Shade, NJ 08052-2541
516639021      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516561934      +TransUnion,    PO Box 2000,   Chester, PA 19016-2000
516770558     ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank National Association,     Bankruptcy Department,
                 PO Box 108,    St. Louis MO 63166-0108)
516664498       WELLS FARGO BANK, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC N9286-01Y,    1000 Blue Gentian Road,   Eagan MN 55121-7700
516561937      +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
516753969       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
516634717       Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
516561938      +Wells Fargo Bank, N.A.,    PO Box 10475,    Des Moines, IA 50306-0475
516561939       Wells Fargo Home Mortgage,    7255 Baymeadows Way,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2018 23:18:42      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2018 23:18:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516762425       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2018 23:17:07
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516688674      +E-mail/Text: bankruptcy@cavps.com Feb 06 2018 23:18:54     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516561926      +E-mail/Text: cio.bncmail@irs.gov Feb 06 2018 23:18:18     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516737279       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2018 23:16:27
                 LVNV Funding, LLC its successors and assigns,    as assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516776474       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 23:22:49
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516633813       E-mail/Text: bnc-quantum@quantum3group.com Feb 06 2018 23:18:34
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
516561929      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:54      Synchrony Bank,    Po Box 965064,
                 Orlando, FL 32896-5064
516561930      +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 23:16:54      Synchrony Bank/Care Credit,
                 Po Box 965064,    Orlando, FL 32896-5064
516767743      +E-mail/Text: bncmail@w-legal.com Feb 06 2018 23:18:50     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516773629      +E-mail/Text: bnc@bass-associates.com Feb 06 2018 23:17:57
                 United Consumer Financial Services,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516561935      +E-mail/Text: EBankruptcy@UCFS.NET Feb 06 2018 23:19:32     United Consumer Financial Services,
                 865 Bassett Rd,    Westlake, OH 44145-1194
```

```
District/off: 0312-1                User: admin                 Page 2 of 2                  Date Rcvd: Feb 06, 2018
                                    Form ID: 185                Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                               TOTAL: 13
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516561936*      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                  (address filed with court:  US Bank/Rms CC,   Card Member Services,   Po Box 108,
                   St Louis, MO 63166)
516757083*      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Thomas G. Egner    on behalf of Debtor Arthur W Wiest tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com
              Thomas G. Egner    on behalf of Joint Debtor Carol A Wiest tegner@mpadlaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```