Last revised: **August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

IN RE:    **Arthur W Wiest**
          **Carol A Wiest**

                                    Case No..:          **16-34261**
                                    Judge:              **JNP**

                    Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required          Date:          **1-29-2018**
☐ Motions Included            ☐ Modified/No Notice Required

### THE DEBTOR HAS FILED FOR RELIEF UNDER
### CHAPTER 13 OF THE BANKRUPTCY CODE.

### YOUR RIGHTS WILL BE AFFECTED.

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **TGE**          Initial Debtor:  **AWW**          Initial Co-Debtor  **CAW**

## Part 1:  Payment and Length of Plan

a.  The debtor shall pay **$267.00 Monthly** to the Chapter 13 Trustee, starting on **February 1, 2018** for approximately **25** remaining months. (**$3,187.00 paid to date**)

b.  The debtor shall make plan payments to the Trustee from the following sources:

☑ Future Earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

    c.  Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion:  _____

☐ Refinance of real property:
Description:
Proposed date for completion:  _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion:  _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:  Adequate Protection                    X NONE

a.  Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b.  Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3:  Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **McDowell Law PC** | **Supplemental Attorney Fees** | **$400.00** |
| **McDowell Posternock Apell & Detrick PC** | **Attorney Fees** | **$1,975.00** |
| | | |
| | | |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

2

## Part 4: Secured Claims

### a.  Curing Default and Maintaining Payments on Principal Residence: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c.  Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

### d.  Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

3

**e. Surrender ☐ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **Toyota Motor Credit Corp.** | **2015 Toyota Corolla** | **unknown** | **unknown** |

**f. Secured Claims Unaffected by the Plan ☐ NONE**

The following secured claims are unaffected by the Plan:

Creditor
**Wells Fargo Bank, N.A.** - **1st Mortgage on 316 West Woodlawn Ave, Maple Shade NJ 08052**
**Wells Fargo Babk, N.A.** - **2nd Mortgage on 316 West Woodlawn Ave, Maple Shade NJ 08052**

**g. Secured Claims to be Paid in Full Through the Plan ☑ NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
|  |  |  |
|  |  |  |

## Part 5:  Unsecured Claims        ☐ NONE

a. **Not separately classified**  allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases        ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **Toyota Motor Credit Corp.** | n/a | **Motor Vehicle Lease** | **Reject** | n/a |

## Part 7:  Motions        ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. *A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

4

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8: Other Plan Provisions

    a. **Vesting of Property of the Estate**
       ☑ Upon Confirmation
       ☐ Upon Discharge

    b. **Payment Notices**
    Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
       1)   Ch. 13 Standing Trustee Commissions
       2)   **Other Administrative Claims**
       3)   **Secured Claims**
       4)   **Lease Arrearages**
       5)   **Priority Claims**
       6)   **General Unsecured Claims**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:  Modification    ▮ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **1-29-2018**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **To surrender and reject the Toyota  Lease.** | **To surrender and reject the Toyota  Lease** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

**Part 10 :  Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

| Date | **January 29, 2018** | /s/ **Thomas G. Egner, Esq.** |
|---|---|---|
| | | **Thomas G. Egner, Esq.** |
| | | Attorney for the Debtor |
| Date: | **January 29, 2018** | /s/ **Arthur W Wiest** |
| | | **Arthur W Wiest** |
| | | Debtor |
| Date: | **January 29, 2018** | /s/ **Carol A Wiest** |
| | | **Carol A Wiest** |
| | | Joint Debtor |

**Signatures**

The Debtor(s) and the attorney for the Debtor(s) if any, must sign this Plan.

| Date | **January 29, 2018** | /s/ **Thomas G. Egner, Esq.** |
|---|---|---|
| | | **Thomas G. Egner, Esq.** |
| | | Attorney for the Debtor |

I certify under penalty of perjury that the above is true.

| Date: | **January 29, 2018** | /s/ **Arthur W Wiest** |
|---|---|---|
| | | **Arthur W Wiest** |
| | | Debtor |
| Date: | **January 29, 2018** | /s/ **Carol A Wiest** |
| | | **Carol A Wiest** |
| | | Joint Debtor |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

7

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-34261-JNP
Arthur W Wiest                                                            Chapter 13
Carol A Wiest
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Feb 09, 2018
                             Form ID: pdf901        Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db/jdb         +Arthur W Wiest,   Carol A Wiest,   316 West Woodlawn Ave,   Maple Shade, NJ 08052-2352
cr             +WELLS FARGO BANK, N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                Mt. Laurel, NJ 08054-3437
516561916      #+Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
516561917      +Chase Card,   Attn: Correspondence,   Po Box 15298,   Wilmington, DE 19850-5298
516561918      +Chase Card Services,   Correspondence Dept,   Po Box 15278,   Wilmington, DE 19850-5278
516561919      +Citibank,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
                Saint Louis, MO 63179-0040
516561920      +Citibank/Best Buy,   Citicorp/Centralized Bankruptcy,   Po Box 790040,
                Saint Louis, MO 63179-0040
516561921      +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                S Louis, MO 63179-0040
516561922      +Comenity Capital Bank/HSN,   Po Box 182125,   Columbus, OH 43218-2125
516561923      +Equifax Information Services,   PO Box 740241,   Atlanta, GA 30374-0241
516561924      +Experian,   PO Box 4500,   Allen, TX 75013-1311
516561925      +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
516561927       John Deere,   6400 NW 86th Street,   P.O. Box 6600,   Johnston, IA 50131-6600
516601212      +John Deere Financial, f.s.b., John Deere Financial,   PO Box 6600,   Johnston, IA 50131-6600
516561928      +State of New Jersey Division of Taxation,   Bankruptcy Section,   PO Box 245,
                Trenton, NJ 08695-0245
516561933      ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Co,   Po Box 8026,   Cedar Rapids, IA 52408)
516561931      +Target,   C/O Financial & Retail Srvs,   Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
516561932      +Township of Maple Shade,   Tax Collector's Office,   200 Stiles Avenue,
                Maple Shade, NJ 08052-2541
516639021      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                Addison, Texas 75001-9013
516561934      +TransUnion,   PO Box 2000,   Chester, PA 19016-2000
516770558      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank National Association,   Bankruptcy Department,
                PO Box 108,   St. Louis MO 63166-0108)
516664498       WELLS FARGO BANK, N.A.,   Wells Fargo Bank, N.A.,   Default Document Processing,
                MAC N9286-01Y,   1000 Blue Gentian Road,   Eagan MN 55121-7700
516561937      +Wells Fargo Bank Card,   Mac F82535-02f,   Po Box 10438,   Des Moines, IA 50306-0438
516753969       Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
516561938      +Wells Fargo Bank, N.A.,   PO Box 10475,   Des Moines, IA 50306-0475
516634717       Wells Fargo Bank, N.A.,   1 Home Campus X2303-01A,   Des Moines, IA 50328-0001
516561939       Wells Fargo Home Mortgage,   7255 Baymeadows Way,   Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2018 23:05:39     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2018 23:05:36     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516762425       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 09 2018 23:19:40
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
516688674      +E-mail/Text: bankruptcy@cavps.com Feb 09 2018 23:05:58     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
516561926      +E-mail/Text: cio.bncmail@irs.gov Feb 09 2018 23:05:06     Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
516737279       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 09 2018 23:14:04
                LVNV Funding, LLC its successors and assigns,   as assignee of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516776474       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2018 23:14:17
                Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                Norfolk VA 23541
516633813       E-mail/Text: bnc-quantum@quantum3group.com Feb 09 2018 23:05:29
                Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                Kirkland, WA  98083-0788
516561929      +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2018 23:08:34     Synchrony Bank,   Po Box 965064,
                Orlando, FL 32896-5064
516561930      +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2018 23:08:23     Synchrony Bank/Care Credit,
                Po Box 965064,   Orlando, FL 32896-5064
516767743      +E-mail/Text: bncmail@w-legal.com Feb 09 2018 23:05:50     TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
516773629      +E-mail/Text: bnc@bass-associates.com Feb 09 2018 23:04:56
                United Consumer Financial Services,   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
516561935      +E-mail/Text: EBankruptcy@UCFS.NET Feb 09 2018 23:06:54     United Consumer Financial Services,
                865 Bassett Rd,   Westlake, OH 44145-1194

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: Feb 09, 2018
                               Form ID: pdf901           Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

TOTAL: 13

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516561936*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  US Bank/Rms CC,   Card Member Services,   Po Box 108,
              St Louis, MO 63166)
516757083*    Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
              Des Moines, IA 50306-0438
```

TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Thomas G. Egner    on behalf of Debtor Arthur W Wiest tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
           e.com
          Thomas G. Egner    on behalf of Joint Debtor Carol A Wiest tegner@mpadlaw.com,
           kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com;r62202@notify.bestcas
           e.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

TOTAL: 7